**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1880**

———————

MONICA JEFFRIES,

Plaintiff - Appellant,

and

BENNY THOMAS,

Plaintiff,

versus

MERCEDES-BENZ CREDIT CORPORATION; TRANS UNION;
EXPERIAN; EQUIFAX; DAIMLERCHRYSLER FINANCIAL
SERVICES AMERICAS, LLC,

Defendants - Appellees,

and

AMERICA SERVICE CENTER,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(8:04-cv-00976-AW)

———————

Submitted: December 21, 2006        Decided: December 28, 2006

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

Monica Jeffries, Appellant Pro Se.   Richard D. London, Susan E. Spiess, RICHARD D. LONDON & ASSOCIATES, P.C., Silver Spring, Maryland; Mark E. Kogan, Christopher N. Jones, KOGAN, TRICHON & WERTHEIMER, P.C., Philadelphia, Pennsylvania; Alan Barry Sternstein, Sandy David Baron, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A., Rockville, Maryland; John J. Friedline, KILPATRICK & STOCKTON, L.L.P., Atlanta, Georgia, Nathan Daniel Adler, NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Jeffries appeals the district court's order granting summary judgment in favor of Mercedes-Benz Credit Corporation, Inc., DaimlerChrysler Financial Services Americas, Trans Union, LLC, Experian Information Solutions, Inc., and Equifax on her claims under the Fair Credit Reporting Act and for various common law tort causes of action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1979) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order granting summary judgment in favor of defendants was entered on the docket on June 27, 2006. The notice of appeal was filed by Jeffries on August 2, 2006. Because Jeffries failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we deny Jeffries's motion to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions

- 3 -

are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
